UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AF Holdings LLC,

                    Plaintiff(s),

v.                                            Case No. 2:12−cv−14444−GCS−MKM
                                               Hon. George Caram Steeh

Shehzad Lakdawala,

                    Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge George Caram Steeh at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 238, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  January 9, 2013 at 02:30 PM

**ADDITIONAL INFORMATION:**    Please file Rule 26(f) Discovery Plan prior to conference

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/M. Beauchemin
                                                        Case Manager

Dated:   December 11, 2012